UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :      MISDEMEANOR
                                    :      INFORMATION
        -v.-                        :
                                    :      07 CRIM. 408
CYNTHIA RIVERA-ARROYO,              :
                                    :
            Defendant.              :
                                    :
------------------------------------x

### COUNT ONE

The United States Attorney charges:

From in or about July 2006, through on or about January 8, 2007, in the Southern District of New York and elsewhere, CYNTHIA RIVERA-ARROYO, the defendant, unlawfully, willfully, and knowingly did obstruct and retard the passage of the mail, to wit, RIVERA-ARROYO stole approximately 50 pieces of mail from the mail room at the 92nd Street Y, located at 1395 Lexington Avenue, New York, New York, where she was employed.

(Title 18, United States Code, Section 1701.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

